IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
SAINT LOUIS DIVISION

| | | |
|---|---|---|
| **In Re:** | ) | |
|     Scott Allen Garn | ) | In Proceedings Under Chapter 7 |
| | ) | |
|     Debtor | ) | Case Number 23-40028 |
| | ) | |
| | ) | Honorable Barry S. Schermer |
| | ) | |

**REQUEST OF TOGETHER CREDIT UNION FOR SERVICE OF NOTICES
PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 2002**

    COMES NOW Together Credit Union, a creditor in the above-captioned Chapter 7 case, and requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342, and 1109(b) of Title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

    Together Credit Union
    Attention: Bankruptcy Department
    423 Lynch Street
    Saint Louis, Missouri 63118-1902
    Telephone: (314) 657-9407
    E-mail: bankruptcycollectionnotices@togethercu.org

    This request encompasses all notices, copies, and pleadings referred to in Rules 2002, 9007, or 9008 of the Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications, Schedules, Statements, Plans, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopier, telex, or otherwise, which affects or seeks to affect the above case.

Dated: January 6, 2023

                                                                        Respectfully Submitted,

                                                                        <u>/s/ Colton J. Bonnell</u>
                                                                        Colton J. Bonnell
                                                                        Bankruptcy Specialist
                                                                        Together Credit Union
                                                                        423 Lynch Street
                                                                         Saint Louis, Missouri 63118-1902
                                                                        Telephone: (314) 657-4728
                                                                        Email: cbonnell@togethercu.org