Certificate Number: 13858-MOE-DE-037139917

Bankruptcy Case Number: 23-40028



13858-MOE-DE-037139917

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 27, 2023, at 5:46 o'clock PM CST, Scott Allen Garn completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Missouri.

Date:  January 27, 2023          By:    /s/Nick Paris

                                 Name:  Nick Paris

                                 Title: Counselor